# Pilant

A Corporation of Certified Court Reporters
Post Office Box 36994
Shreveport, Louisiana 71133

(318) 221-0061

February 1, 2006

Mr. Nelson W. Cameron
Attorney at Law
675 Jordan Street
Shreveport, Louisiana 71101

Re: <u>Read and Sign Deposition Transcript</u>
Sheila Medina vs. Horseshoe Entertainment, A Louisiana Partnership
USDC Western District of Louisiana
No. CV05-0097-S

Enclosed is the witness certificate for the deposition of Sheila Medina, Volume 1 and 2, taken on November 29 and 30, 2005.

The reading and signing of the deposition transcript was not waived. Please instruct the witness to read her deposition transcript, write the necessary corrections on the witness correction sheet, and sign the witness certificate.

Following the reading and signing, you are to return the executed witness certificate and corrections, if any, to this office for distribution to the parties in this matter.

Thank you for your timely attention to this matter.

Sincerely yours,

Denise Baxter
PILANT COURT REPORTING, LTD.

enclosures

cc: Ms. Maria F. Manuel


EXHIBIT A



# Nelson W. Cameron
Attorney at Law
675 Jordan Street
Shreveport, Louisiana 71101

May 24, 2006

(318) 226-0111
Fax No. (318) 226-0760

Pilant Court Reporting
Attn.: Denise Baxter
P. O. Box 36994
Shreveport, LA 71133

Re: Sheila Medina vs. Horseshoe Casino

Dear Ms. Baxter,

Enclosed please find Sheila Medina's executed Witness Certificate and Correction Sheets. Please note that Mrs. Medina received her deposition transcript on April 28, 2006.

Sincerely yours,

Nelson W. Cameron

NWC/br

cc: Maria Manuel

**RECEIVED**

MAY 23 2006



WITNESS CERTIFICATE

I, Sheila Medina, hereby certify that I have read the foregoing three hundred thirty four pages (Volume 1) of printed matter comprising the transcript of my deposition, reported November 30, 2005, by Shannon R. James, CCR, and that said transcript is a true and correct record of my testimony given at the time, except for any corrections noted on the attached correction sheet(s).

( ) No Corrections

(✓) Corrections

Date: 5-24-06            _Sheila Medina_
                         Sheila Medina

**Pilant,** a Corporation of Certified Court Reporters
1-800-841-6863

Deposition of Sheila Medina - Vol. I
Reported on November 30, 2005
Reported by Shannon R. James, CSR, RPR, CCR

# CORRECTION SHEET

| PAGE | LINE | CORRECTION |
|---|---|---|
| 18 | 5 | I'yanna |

Reason for Correction  incorrect spelling

| 21 | 19 | I don't know |

Reason for Correction  Question unclear. Confused.

| 33 | 12 | the exact term "henpecked" was not used by Gant or Anderson, but the meaning was conveyed. |

Reason for Correction  Confused.

| 91 | 15 | They were not white socks. They were beige support hose. |

Reason for Correction  Remembered incorrectly.

| 118 | 23 | February 2004 |

Reason for Correction  Did not remember correctly

| 123 | 25 | Yes |

Reason for Correction  Transcript unclear

**Pilant,** a Corporation of Certified Court Reporters
1-800-841-6863

Deposition of Sheila Medina - Vol. I
Reported on November 30, 2005
Reported by Shannon R. James, CSR, RPR, CCR

## CORRECTION SHEET

| PAGE | LINE | CORRECTION |
|---|---|---|
| 125 | 1-16 | At the time of employment at the Airport, I could climb stairs |

Reason for Correction  Confused about time frame

| 141 | 3 | Greg Bradley |

Reason for Correction  Typo

| 171 | 21 | Yes, ma'am. |

Reason for Correction  Confused. Didn't recall correctly then.

| 201 | 17 | The "yes" answer applies to request for break only |

Reason for Correction  Confusing question

| 217 | 20 | There was no entry level position open |

Reason for Correction  Confused as to question

Reason for Correction _____

**Pilant,** a Corporation of Certified Court Reporters
1-800-841-6863

Deposition of Sheila Medina - Vol. # I
Reported on November 30, 2005
Reported by Shannon R. James, CSR, RPR, CCR

## CORRECTION SHEET

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 226 | 16 | I was written up falsely. A write up prevents a transfer. |

Reason for Correction  confused

| 234 | 15 | I was regarded as disabled or had a record of disability |

Reason for Correction  Didn't understand legalities

| 235 | 10 | I was regarded as disabled or had a record and was harassed. |

Reason for Correction  Didn't understand question

| 266 | 1.2 et seq | Treated unfairly because female when males received accommodations |

Reason for Correction  didn't understand

| 273 | 1 | Spoke spainish to customers and have a hispanic appearance |

Reason for Correction  confused

| 285 | 4 | covered during 30 days looking for a job, but not after tomination |

Reason for Correction  confused

==================================================

**Pilant,** a Corporation of Certified Court Reporters
1-800-841-6863

## WITNESS CERTIFICATE

I, Sheila Medina, hereby certify that I have read the foregoing one hundred eighty nine pages (Volume 2) of printed matter comprising the transcript of my deposition, reported November 30, 2005, by Shannon R. James, CCR, and that said transcript is a true and correct record of my testimony given at the time, except for any corrections noted on the attached correction sheet(s).

( ) No Corrections

(✓) Corrections

Date: 5-24-06        _Sheila Medina_
                     Sheila Medina

**Pilant,** a Corporation of Certified Court Reporters
1-800-841-6863

# CORRECTION SHEET

| PAGE | LINE | CORRECTION |
|---|---|---|
| 313 | 15 | As a security officer, I called for help in an emergency. But it depended on the nature of the emergency whether I could personally take care of it. |
| Reason for Correction | | Confused as to timing & nature of emergency |
| 367 | 14-16 | correct spelling Joaquin |
| Reason for Correction | | typographical error |
| 370 | 5 | correct spelling Jamie |
| Reason for Correction | | typographical error |
| 424 | 13-15 | Didn't remember at time of offer but since deposition, remembers offer |
| Reason for Correction | | Didn't remember it then. |
| 435 | 2 | Did not know Caldwell recommended her, never learned it |
| Reason for Correction | | Compound question |

**Pilant,** a Corporation of Certified Court Reporters
1-800-841-6863

# CORRECTION SHEET

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 457 | 13 | See attached photograph dated June 1999 |

Reason for Correction  Clarification

| 481 | 18 | correct spelling Greg Bradley |

Reason for Correction  typographical error

| 493 | 14 | Add: employee parking lot |

Reason for Correction  forgot

| 514 | 1 | With an accommodation, yes |

Reason for Correction  Didn't understand question

Reason for Correction _____

Reason for Correction _____

**Pilant,** a Corporation of Certified Court Reporters
1-800-841-6863