UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHEILA MEDINA                                    CIVIL ACTION NO.: CV 05-0097 S

VERSUS                                           JUDGE HICKS

HORSESHOE ENTERTAINMENT
("HORSESHOE CASINO")
AND HARRAH'S CASINO                              MAGISTRATE JUDGE HAYES
                    Defendant

**IDENTIFICATION OF MANUAL ATTACHMENT**

GROUP ___1___ OF __1_____ GROUPS

ATTACHMENTS TO: Plaintiff's Opposition to Motion to Strike

DESCRIPTION:

1-   Affidavit of Sheila Medina

2 -  Affidavit of Nelson W. Cameron

3-   Invoice from Pilant

4-   Deposition Excerpts

5-   Letter to Ice Miller

6-   Opinion: Holly Elwell v. Conair, inc.

FILED BY:

Nelson W. Cameron
Attorney at Law
675 Jordan Street
Shreveport, LA 71101
LA Bar Roll No.: 01283

Telephone: (318) 226-0111
Fax: (318) 226-0760
FILED DATE: July 5, 2006
PLACE WITH EXHIBITS TO BE DELIVERED TO THE CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| SHEILA MEDINA | CIVIL ACTION NO.: CV 05-0097 S |
| VERSUS | JUDGE HICKS |
| HORSESHOE ENTERTAINMENT ("HORSESHOE CASINO") AND HARRAH'S CASINO<br>Defendant | MAGISTRATE JUDGE HAYES |

## AFFIDAVIT OF SHEILA MEDINA

PARISH OF CADDO

STATE OF LOUISIANA

BEFORE ME, NOTARY PUBLIC, duly qualified in the aforesaid parish and state, came and appeared SHEILA MEDINA, the Plaintiff, who after being duly sworn did depose that:

I.

All statements made herein are made under oath and the penalties of perjury. The facts recited herein are true and correct. All statements are made based upon affiant's personal knowledge unless otherwise stated. Sheila Medina is fully competent to make this affidavit. She has never been convicted of a felony or a misdemeanor involving moral turpitude. Affiant understands that this affidavit will be filed with the court in opposition to Defendant's Motion to Strike. Her statements are made freely

EXHIBIT I

and voluntarily. The statements are made without threat, coercion or promise of anything of value.

II.

She does hereby attest that she did not receive notice of completion of the transcript or of the transcription of her deposition until April 28, 2006. The date on the letter from Pilant is erroneous.

III.

Further, Mrs. Medina hereby attests that she did not receive any exhibits with the transcript for reading. Without the exhibits it was sometimes difficult and impossible to comprehend what it was she was answering in the deposition. Plaintiff did not receive the exhibits of which there were sixty-seven, until June 6, 2006. She has no further changes to the deposition to make.

_____
SHEILA MEDINA

BEFORE ME, Notary Public, this the 5th day of July, 2006.

_____
NOTARY PUBLIC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHEILA MEDINA                                 CIVIL ACTION NO.: CV 05-0097 S

VERSUS                                        JUDGE HICKS

HORSESHOE ENTERTAINMENT
("HORSESHOE CASINO")
AND HARRAH'S CASINO                           MAGISTRATE JUDGE HAYES
          Defendant

## COUNSEL ATTESTATION IN OPPOSITION TO
## MOTION TO STRIKE DEPOSITION CORRECTIONS

I, Nelson W. Cameron, counsel for Plaintiff do hereby attest that he did not receive notice of completion of the transcript or of the transcript being ready for reading until April 28, 2006. The date on the letter from Pilant attached to Defendant's Motion to Strike does not have the correct mailing date of the notice to read and sign. Mr. Cameron does not possess the envelope with the postmark; it was discarded upon receipt.

Further, Nelson W. Cameron hereby attests that he did not receive any exhibits with the transcript for reading. Without the exhibits it was sometimes difficult and impossible to comprehend what it was Plaintiff was answering in the deposition. Plaintiff did not receive the exhibits of which there were sixty-seven, until June 6, 2006.

Shreveport, Louisiana, this the _____ Day of July, 2006.

                                       _____
                                       NELSON W. CAMERON

EXHIBIT 2

email: deposition@pilant.com
http://www.pilant.com

INVOICE

# Pilant

A Corporation of Certified Court Reporters
Post Office Box 36994
Shreveport, Louisiana 71133-6994
Fed. ID 72-1281735

REPORTERS AVAILABLE IN:

**TEXAS**

Houston
(713) 529-9911

**LOUISIANA**

| | |
|---|---|
| Alexandria (318) 443-4022 | Metairie (504) 586-0815 |
| Baton Rouge (225) 344-6809 | Morgan City (985) 384-1626 |
| Covington (985) 809-1600 | New Orleans (504) 586-0815 |
| Houma (985) 868-8984 | Shreveport (318) 221-0061 |
| Lafayette (337) 232-9912 | Slidell (985) 643-4573 |
| Lake Charles (337) 439-0228 | Thibodaux (985) 868-8984 |
| Toll Free Voice 1-800-841-6663 | Toll Free Fax 1-877-474-5288 |

630

Mr. Nelson W. Cameron
Attorney at Law
675 Jordan Street
Shreveport, Louisiana 71101

DATE: June 6, 2006   OUR FILE: 112905A71   INVOICE: 7101418

Re:  Sheila Medina  vs.  Horseshoe Casino
1st JDC   Parish of Caddo
No. Cv05-0097-S

**RETURN COPY OF INVOICE FOR PROPER CREDIT**

Deposition of:

Sheila Medina, Exhibits Volume 1 & 2           $91.84

Paperwork provided Mr. Cameron --
    One copy of Medina exhibits - binding, shipping and handling

## Thank you for choosing Pilant Court Reporting

EXHIBIT 3